UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MCQUEEN, | No. 2:15-cv-2544 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND BROWN, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. There are two problems with plaintiff's request to proceed in forma pauperis. First, the certificate portion of the request (which must be completed by an authorized officer at plaintiff's place of incarceration) has not been completed. Second, plaintiff has not filed a *certified* copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a new and fully completed request to proceed in forma pauperis together with a certified copy of his prison trust account statement for the six-month period preceding the filing of his complaint.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days after the filing date of this order, submit to the court:

(a) a completed affidavit in support of his request to proceed in forma pauperis, including completion of the certificate portion of the affidavit, on the form provided herewith by the Clerk of Court; and

(b) a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of his complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: December 16, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE