UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MCQUEEN, *aka* NINA SHANAY MCQUEEN,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND BROWN, et al.,<br><br>Defendants. | No. 2:15-cv-2544 JAM AC P<br><br>ORDER APPOINTING COUNSEL<br><br>AND EXTENDING DEADLINES |

Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2019, the court found that appointment of counsel for plaintiff is warranted. See ECF No. 27 at 16-9. Attorneys Jennifer Orthwein, Felicia M. Medina, and Kevin L. Hubbard, each with Medina Orthwein LLP, have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Due to this appointment, the deadlines for objecting to the court's findings and recommendations filed February 27, 2019, will be extended. Defendants filed objections on March 13, 2019.

Accordingly, IT IS HEREBY ORDERED that:

1. Jennifer Orthwein, Felicia M. Medina, and Kevin L. Hubbard, of Medina Orthwein LLP, are appointed as counsel in the above-entitled matter.

1

2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on Jennifer Orthwein, Felicia M. Medina, and Kevin L. Hubbard, of Medina Orthwein LLP, 1322 Webster St., Suite 200, Oakland, CA 94612.

4. Plaintiff may file and serve any objections and/or a reply to defendants' objections to the court's February 27, 2019 findings and recommendations within twenty-one (21) days after service of this order; defendants may file a reply within seven (7) days thereafter.

IT IS SO ORDERED.

DATED: March 22, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE