Felicia Medina (SBN 255804)
fmedina@medinaorthwein.com
Jennifer Orthwein (SBN 255196)
jorthwein@medinaorthwein.com
Kevin Love Hubbard (SBN 290759)
khubbard@medinaorthwein.com
MEDINAORTHWEIN LLP
1322 Webster Street, Suite 200
Oakland, CA 94612
Telephone: (510) 823-2040
Facsimile: (510) 217-3580

*Attorneys for Nina Shanay McQueen*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NINA SHANAY MCQUEEN, aka LAMAR MCQUEEN,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND BROWN, et al.,**<br><br>Defendants. | 2:15-cv-02544 JAM AC<br><br>**STIPULATION and <u>ORDER</u> FOR EXTENSION OF TIME FOR PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS & RESPONSE TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

Whereas, on March 22, 2019, Medina Orthwein LLP was appointed Counsel for Plaintiff Nina McQueen, ECF No. 30 at 1;

Whereas, Plaintiff's Objections to the Magistrate Judge's Findings and Recommendations ("Objections") and Response to Defendants' Objections to Magistrate Judge's Findings and Recommendations ("Response") are currently due on April 15, 2019, *Id*. (extending deadlines for Plaintiff to file "any objections and/or a reply to defendants' objections to the court's February 27, 2019 findings and recommendations" until "twenty-one (21) days after service of this order");

Whereas, Plaintiff's Counsel requires additional time to review the record and publicly available information to prepare and file Objections and Response;

Whereas, the parties have met and conferred and stipulated to an extension of two weeks for Plaintiff's Objections and Response and a reciprocal extension of two weeks for Defendants' Response to Plaintiff's Objections.

Based on this stipulation, the parties respectfully request that the Magistrate extend the deadline for Plaintiff's Objections and Response until April 29, 2019 and for Defendants' Response to Plaintiff's Objections until May 13, 2019.

**IT IS SO STIPULATED.**

Dated: April 11, 2019        /s/ Janet S. Chen
                             Janet Chen
                             Deputy Attorney General
                             *Attorneys for Defendants*
                             *Diaz and Carrick*

Dated: April 11, 2019        /s/ Felicia Medina
                             Felicia Medina
                             Medina Orthwein LLP
                             *Attorneys for Plaintiff*
                             *McQueen*

**IT IS SO ORDERED.**

Dated: April 11, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2