UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MCQUEEN, aka NINA SHANAY MCQUEEN,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND BROWN, et al.,<br><br>Defendants. | No. 2:15-cv-2544 JAM AC P<br><br>ORDER |

Plaintiff, a state prisoner who now proceeds through counsel,[1] has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days; that period was extended by stipulation of the parties. Both plaintiff and defendants have filed objections to the findings and recommendations.

////

---

[1] Counsel was appointed for plaintiff *after* the magistrate judge issued the subject findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Additionally, for the reasons set forth in the findings and recommendations as well as the parties' respective objections, plaintiff will be granted leave to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 27, 2019, are adopted as follows: defendants' motion to dismiss, ECF No. 21, is denied as to the Eighth Amendment claim, and granted as to the Equal Protection claim without prejudice to amendment;

2. Plaintiff is granted thirty (30) days after the filing date of this order to file a Second Amended Complaint; and

3. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

DATED: June 13, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE