UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MCQUEEN, *aka* NINA SHANAY MCQUEEN,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND BROWN, et al.,<br><br>Defendants. | No. 2:15-cv-2544 JAM AC P<br><br>ORDER |

The parties have stipulated to a stay of this action pending settlement negotiations and, if necessary, to extend the filing deadline for plaintiff's Second Amended Complaint. See ECF No. 38. The court is currently in the process of scheduling a settlement conference. Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. This action is stayed, effective immediately, except for the scheduling and convening of a formal settlement conference before another magistrate judge in this court.

2. If this case does not settle, plaintiff shall file and serve her Second Amended Complaint within three weeks after the conclusion of the settlement conference.

IT IS SO ORDERED.

DATED: July 9, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE