XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JANET N. CHEN, State Bar No. 283233
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7319
 Fax:  (916) 324-5205
 E-mail:  Janet.Chen@doj.ca.gov
*Attorneys for Defendants Carrick and Kernan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LAMAR MCQUEEN, aka NINA SHANAY MCQUEEN,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND BROWN, et al.,**<br><br>Defendants. | 2:15-cv-02544 JAM AC<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Judge: The Honorable Allison Claire<br>Trial Date: None set<br>Action Filed: December 9, 2015 |

PLEASE TAKE NOTICE that on today's date, Defendants submitted their Confidential Settlement Conference Statement to the Court via email to ckdorders@caed.uscourts.gov.

Dated:  October 8, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Janet N. Chen*

JANET N. CHEN
Deputy Attorney General
*Attorneys for Defendants Carrick and Kernan*

SA2018101587 / 14178436.docx

1

## CERTIFICATE OF SERVICE

Case Name:   **Lamar McQueen v. Brown, et al.**          No.   **2:15-cv-02544 JAM AC**

I hereby certify that on **October 8, 2019**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 8, 2019**, at Sacramento, California.

| K. Jeffers | */s/ K. Jeffers* |
|---|---|
| Declarant | Signature |

SA2018101587
14179500.docx